UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16−cv−24467−MGC

| | |
|---|---|
| DMITRY SHKOLNIK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) |
| PIRIPI VMP, LLC d/b/a 320 Gastrolounge, J&E ENTERTAINMENT GROUP, LLC (*et al.*), | ) ) ) ) |
| | ) |
| Defendant(s). | ) ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiff, SHKOLNIK DMITRY, hereby advises the Court that all matters in controversy herein have been resolved through mediation. Parties will be filing a motion to approve the settlement agreement shortly

Respectfully submitted,

**s/Ed Rosenberg**
Ed Rosenberg (FBN: 88231)
E-mail:ed@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Ed Rosenberg**

### SERVICE LIST

**SHKOLNIK DMITRY v. PIRIPI VMP, LLC d/b/a 320 Gastrolounge, J&E ENTERTAINMENT GROUP, LLC**
Case No.16−cv−24467−MGC
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| Ed Rosenberg | Orion G. Callison, III, Esq. |
| E-Mail:ed@saenzanderson.com | (Fla. Bar No. 0005223) |
| SAENZ & ANDERSON, PLLC | orion@aglawpa.com |
| 20900 N.E. 30th Avenue, Suite 800 | Law Office of Alexis Gonzalez, P.A. |
| Aventura, Florida 33180 | 3162 Commodore Plaza, Suite 3E |
| Telephone: (305) 503-5131 | Coconut Grove, Florida 33133 |
| Facsimile: (888) 270-5549 | Telephone: (305) 223-9999 |
| *Counsel for Plaintiff(s)* | Facsimile: (305) 223-1880 |
| | *Counsel for Defendants* |