UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24467-Civ-COOKE/TORRES

DMITRY SHKOLNIK,

    Plaintiff,

vs.

PIRIPI VMP, LLC d/b/a 320 Gastrolounge, J&E ENTERTAINMENT GROUP, LLC (et al.),

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice ("Motion for Approval") (ECF No. 33).

I have reviewed the Motion for Approval, record and Settlement Agreement (submitted for *in camera* review) in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). I find that the Settlement Agreement is a fair and reasonable compromise of a bona fide dispute over FLSA provisions.

In their Motion for Approval, the parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement, and retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. Given that the parties have moved this Court for a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (ECF No. 33) is **GRANTED**;

2. The Settlement Agreement is **APPROVED;**

3. This case is **DISMISSED** *with prejudice*;

4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement for a period of ninety (90) days, should enforcement be necessary; and

5. All pending motions, if any, are **DENIED** *as moot*; and

6. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of January 2017.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge


Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*